UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

FILED
2010 FEB 17 P 12:58

IN RE Tchoupitoulas Street Wharf, Inc. d/b/a
Marine Medical Unit

BANKRUPTCY CASE NO. 02-18185

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

I, R. Allen Butler, M.D., the undersigned claimant, move the court for an order disbursing the funds on deposit in this estate for the following reasons:

1. On September 3, 2009, the trustee of this estate deposited the sum of $ 1,996.14, belonging to R. Allen Butler, M.D., with the Clerk of the Bankruptcy Court under 11 U.S.C. § 347 (a).

2. I seek payment of these unclaimed funds to R. Allen Butler, M.D. at the following address: 100 Wilburn Way, Starkville, MS 39759.

3. I have provided the United States Attorney for the Eastern District of Louisiana with a copy of this motion.

4. I state under penalty of perjury that I am legally entitled to claim these amounts for whom the unclaimed funds were deposited in this bankruptcy case. I certify that, to the best of my knowledge, all information and documents submitted in support of this motion are true and correct.

February 10, 2010

R. Allen Butler, M.D.
100 Wilburn Way
Starkville, MS 39759
(662) 320-4008

Subscribed and Sworn Before Me this 10th day of February, 2010.

Notary Public in and for the State of Mississippi
My commission expires: 10/13/13



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE Tchoupitoulas Street Wharf, Inc. d/b/a      BANKRUPTCY CASE NO. 02-18185
Marine Medical Unit

Debtor(s) R. Allen Butler, M.D.     CHAPTER 13

## CERTIFICATE OF SERVICE

I, R. Allen Butler, M.D., certify that on February 10, 2010, a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the United States Attorney Office, c/o Hale Boggs Building, 500 Poydras Street, Suite 210-B, New Orleans, Louisiana, 70130 by first class mail, postage prepaid.

R. Allen Butler, M.D.
100 Wilburn Way
Starkville, MS 39759
(662) 320-4008