# United States Bankruptcy Court
# Eastern District of Louisiana

To: R. Allen Butler  Case Number: 02-18185
    (Claimant)

Debtor(s): Tchoupitoulas Street Wharf, Inc., dba Marine Medical Unit  Chapter: 7 (CONVERTED)

## NOTICE OF DEFICIENCY

Your "**Motion For Payment of Unclaimed Funds**" is deficient for the following reason(s):

☒ Please note. The Court's Financial Department has determined that your Motion lacks the following information, 1) Claimant must prove ownership of funds, i.e., prove that he is the R. Allen Butler that is entitled to these funds, by providing the Court with an old bill, invoice, tax statement etc., which list claimant's name at the old address.

Additionally; you must provide a copy of your current drivers license or other government id, copy of your social security card.

For further procedural information, please do not hesitate to contact our office.

By: s/: Carlis Lovely
Deputy Clerk

Date: 2/22/2010