*Tchoupitoulas Street Wharf, Inc*
*DBA Marine Medical Unit*

*02-18185*

---

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS**   197
1-2 / 210
TID #380380
WILBUR J. (BILL) BABIN, JR.

| Case | Debtor |
|---|---|
| 02-18185 JAB | TCHOUPITOULAS STREET WHARF, |
| 312933201366 | INC., DBA MARINE MEDICAL UNIT |
| UNCLAIMED FUNDS | |

Date  08/26/2009   $ ******13,216.42

~~~Thirteen Thousand Two Hundred Sixteen Dollars and 42/100

Pay to the Order of  CLERK, U. S. BANKRUPTCY COURT
500 POYDRAS STREET
ROOM B-601
NEW ORLEANS LA 70130-3386

*WILBUR J. (BILL) BABIN, JR., Trustee*

⑆000000197⑆ ⑈021000021⑈ 312933201366⑆

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226104      JN
* * C O P Y * *
September 03, 2009
15:44:15

TREASURY REGFUND
02-18185

Debtor.: TCHOUPITOULAS STREET WHARF, IN
Trustee: Wilbur Babin, Jr.
Amount.:           $13,216.42 CH
Check#.: 197

Total -> $13,216.42

FROM: BABIN

*09/03/09*
*DEPOSIT TO TREASURY*
*ACCT. 6047BK*

*DUE TO VARIOUS CREDITORS*
*(BOOK #14)*

*CV.*

WILBUR J. "BILL" BABIN, JR.
Trustee in Bankruptcy
3027 RIDGELAKE DRIVE
METAIRIE, LA 70002
TELEPHONE: (504) 833-8668
TELECOPIER: (504) 837-2214

August 26, 2009

Ms. Cheryl Vogel
Fiscal Admin Supervisor
U.S. Bankruptcy Court
Eastern District of Louisiana
500 Poydras St., Rm. B-601
New Orleans, LA 70130-3386

In re: TCHOUPITOULAS STREET WHARF, INC.
D/B/A MARINE MEDICAL UNIT
USBC NO. 02-18185-B

Dear Ms. Vogel:

Enclosed herewith please find check #197 in the amount of $13,216.42 representing funds disbursed to the following creditors pursuant to trustee's distribution of funds:

| | |
|---|---|
| Emile George Schmit, Jr.<br>846 Marlene Drive<br>Gretna, LA 70056<br>Claim #61 | $894.84 |
| Tabitha Jefferson<br>2020 Killington Drive<br>Harvey, LA 70058<br>Claim #69 | $1,226.09 |
| John Canterbury<br>1113 Second Street, Unit C<br>New Orleans, LA 70130<br>Claim #72 | $1,354.29 |
| Sylvia O'Neal<br>7811 W. Laverne<br>New Orleans, LA 70126<br>Claim #83 | $572.70 |

| | |
|---|---|
| R. Allen Butler, M.D.<br>4181 Vincennes Place<br>New Orleans, LA 70125<br>Claim #85 | $1,996.14 |
| Carlos J. Vital, M.D.<br>7621 Crestmont Road<br>New Orleans, LA 70126<br>Claim #97 | $2,277.77 |
| Barbara D. Smith, M.D.<br>448 Julia Street<br>Apt. 410<br>New Orleans, LA 70130<br>Claim #99 | $4,894.59 |
| Total: | $13,216.42 |

As more than 90 days have elapsed since the issuance of these checks and they have not cleared the bank, please place these funds in the Registry of the Court.

Thanking you for your assistance and cooperation in this matter and with best wishes, I am

Very truly yours,

WILBUR J. "BILL" BABIN, JR.
TRUSTEE

WJBjr/ld
Enclosure