# United States Bankruptcy Court
## Eastern District of Louisiana

To: R. Allen Butler  
    (Claimant)

Case Number: 02-18185

Debtor(s): Tchoupitoulas Street Wharf, Inc., dba Marine Medical Unit

Chapter: 7 (CONVERTED)

## SECOND
## NOTICE OF DEFICIENCY

Your "**Motion For Payment of Unclaimed Funds**" is deficient for the following reason(s):

☒     Please note. On or about February 22, 2010 the clerk's office mailed a notice of deficient notice requiring additional information needed in processing your request for release of unclaimed funds. Information such as, an old bill, invoice, tax statement etc., which list claimant name at old address. Providing a copy of your current drivers license or other government ID, copy of your social security card.

    These are your funds. The Clerk's Office just requires proof in providing these funds too it's rightful owner.

For further procedural information, please do not hesitate to contact our office at extension,

(504) 589-7862.

By: s/: Carlis Lovely  
Deputy Clerk

Date: April 27, 2010