## United States Bankruptcy Court for the
## Eastern District of Louisiana

FILED

20 SEP -3 A 9: 12

CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

IN RE:

Tchoupitoulas St. Wharf, Inc. dba Marine Med. Unit

      Debtor(s)        /

Case No. 02-18185
Chapter 7

### APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $1,996.14 was issued by the trustee to R. Allen Butler, M.D., creditor in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, U.S. Bankruptcy Court. The United States Treasury is currently holding these funds.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was mailed o R. Allen Butler, MD at 4181 Vincennes Place, New Orleans, LA 70125. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that R. Allen Butler, MD previously used that address.

**IF APPLICANT IS A FUNDS LOCATOR,** this application includes a Power of Attorney authorizing the undersigned, Dilks & Knopik, LLC, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds. This application includes an Affidavit of the undersigned that he/she has made all reasonable efforts to believe that the person or entity claiming right to these funds is the legal owner of such funds. The U.S. Attorney for the Eastern District of Louisiana has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of the unclaimed funds.

Dilks & Knopik, LLC, attorney-in-fact for R. Allen Butler, M.D., creditor, hereby petitions the Court for $1,996.14, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to creditor.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of R. Allen Butler, M.D. c/o Dilks & Knopik, LLC, Attorney in Fact, and mail said check to the following address: P.O. Box 2728, Issaquah, WA 98027-0125.

Dated: August 30, 2010

Respectfully Submitted:

Brian J. Dilks
Dilks & Knopik, LLC

On 8|30|10 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public

My commission expires: July 29, 2014
Notary in and for the State of Washington

CARYN M. DILKS
COMMISSION EXPIRES
NOTARY
PUBLIC
7-29-14
OF WASHINGTON

# AFFIDAVIT OF FUNDS LOCATOR

I, <u>Brian J. Dilks</u>, have obtained the consent of the claimant to make application for the unclaimed funds as provided in this application. I have made all reasonable efforts required to believe to the best of my knowledge that R. Allen Butler, M.D. is legally entitled to the unclaimed funds referenced in this application.

Dated <u>August 30, 2010</u>

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for R. Allen Butler, M.D..

On <u>8|30|10</u> before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2014
Notary in and for the State of Washington

# United States Bankruptcy Court for the
## Eastern District of Louisiana

IN RE:

                                      Case No. 02-18185

Tchoupitoulas St. Wharf, Inc. dba Marine Med. Unit      Chapter 7

                     Debtor(s)                    /

## PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on August 30, 2010 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the following parties via US Mail or Electronic Mail:

U.S. Attorney for the Eastern District of Louisiana
Attn: Jim Letten
500 Poydras Street, Room B210
New Orleans, LA 70130

John Robert Falgoust
Debtor's Attorney
john@dfcpa.com

Wilbur J. Babin, Jr.
Case Trustee
trusteebabin@wjbabin.com

Tchoupitoulas St. Wharf, Inc. dba Marine Med. Unit
Debtor
1730 Tchoupitoulas Street
New Orleans, LA 70130

R. Allen Butler, M.D.
100 Wilburn Way
Starkville, MS 39759-3692

Dated: August 30, 2010

                                        Brian J. Dilks
                                        Dilks & Knopik, LLC
                                        Attorney in Fact for R. Allen Butler, M.D.