UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**TCHOUPITOULAS STREET WHARF, INC.**

DEBTOR(S)

BANKRUPTCY NO.
02-18185
SECTION "B"
CHAPTER 7

## ORDER

The Court has considered the Motion **(P-307)** filed on February 17, 2010 for Payment of Unclaimed Funds filed by R. Allen Butler, M.D. at the following address: 900 Yorkshire Road, Starkville, MS 39759, requesting payment of unclaimed funds in the amount of $1,996.14.

The Court has considered the Motion **(P-327)** filed on September 8, 2010 for Payment of Unclaimed Funds filed by Dilks & Knopik requesting payment of unclaimed funds in the amount of $1,996.14.

The motion filed by R. Allen Butler, M.D. **(P-307)** and the documents attached establish that the claimant is entitled to the unclaimed funds and that proper notice of the motion was given to the United States Attorney for the Eastern District of Louisiana. Accordingly,

**IT IS ORDERED** that the motion (P-307) filed by R. Allen Butler, M.D. for payment of unclaimed funds is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court issue a check payable to R. Allen Butler, M.D. in the amount stated above and mail the check to the above address.

**IT IS FURTHER ORDERED** that the Motion **(P-327)** filed on September 8, 2010 for Payment of Unclaimed Funds filed by Dilks & Knopik requesting payment of unclaimed funds in the amount of $1,996.14 is **DENIED.**

New Orleans, Louisiana, May 23, 2011.

_____
JERRY A. BROWN
BANKRUPTCY JUDGE